# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARISTIDE NOUCHET,<br><br>        Plaintiff,<br><br>v.<br><br>MANDALAY BAY CORPORATION d/b/a MANDALAY BAY RESORT AND CASINO,<br><br>        Defendant. | Case No. 2:18-cv-00584-APG-GWF<br><br>**ORDER** |

On May 5, 2011, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis*. *Order* (ECF No. 6). On June 11, 2018, Plaintiff submitted to the Clerk's Office the $400.00 filing for a civil action. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint (ECF 1-1).

Dated this 15th day of June, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1