# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARISTIDE NOUCHET, | Case No. 2:18-cv-00584-APG-GWF |
| Plaintiff, | |
| v. | **ORDER SCHEDULING EARLY NEUTRAL EVALUATION** |
| MANDALAY CORPORATION, | |
| Defendant. | |

Presently before the court is defendant Mandalay Corporation's Motion for Hearing Before Early Neutral Evaluation Judge (ECF No. 30), filed on March 20, 2019. Defendant represents that the parties are encountering obstacles in finalizing the settlement reached at the early neutral evaluation on March 4, 2019. Accordingly, the court will reconvene the early neutral evaluation session.

IT IS THEREFORE ORDERED that Mandalay Corporation's Motion for Hearing Before Early Neutral Evaluation Judge (ECF No. 30) is GRANTED.

IT IS FURTHER ORDERED that the court will reconvene the early neutral evaluation conference on **Friday, April 5, 2019**. Plaintiff must report to the chambers of the undersigned United States magistrate judge, Room 3014, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, at **8:30 a.m.** Defendant must report to the undersigned's chambers at **9:00 a.m.**

DATED: March 27, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE